■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARREN THOMAS, Appellant. [638 NYS2d 328] —Appeal by the de-

fendant from a judgment of the Supreme Court, Richmond County (Vinik, J.), rendered October 29, 1993, convicting him of criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The trial court providently exercised its discretion in excluding a defense witness *(see, People v Justice,* 172 AD2d 851). Furthermore, the prosecutor properly cross-examined another defense witness because the record shows that she had a good faith basis for the questioning *(see, People v De Pasquale,* 54 NY2d 693; *People v Lewis,* 140 AD2d 714).

We find no basis to disturb the defendant's sentence *(see, People v Suitte,* 90 AD2d 80). Mangano, P. J., Copertino, Joy and Altman, JJ., concur.